UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:21-cv-07705-DOC-PD                                 Date: November 15, 2021

Title   _J. G., et al. v. Palos Verdes Unified School District, et al.,_

Present: The Honorable:   Patricia Donahue, U.S. Magistrate Judge

| Isabel Martinez | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**   (In Chambers) Order to Show Cause Re: Dismissal

     On September 27, 2021, Plaintiffs J.G., a minor, by and through his parent Richard Ginsburg, proceeding pro se, filed a Complaint pursuant to 42 U.S.C. § 1983 and 28 U.S.C. §§ 1331, 1343(a)(3), (4), 1367, and 2201, alleging violations of various rights under the United States Constitution and the California Constitution, in connection with Defendant Palos Verdes Peninsula Unified School District's ("PVPUSD") mask requirement. [Dkt. No. 1 at 1, 3, 7.]  Plaintiffs name the PVPUSD, Dr. Alex Cherniss, Matthew Brach, Linda Reid, Richard Phillips, Ami Gandhi, and Megan Crawford as Defendants in both their individual and official capacities.   [_Id_. at 2-3.]

     On October 6, 2021, the Court dismissed the Complaint with leave to amend.  [Dkt. No. 6.]  Plaintiff Richard Ginsburg, proceeding pro se, was advised that he could not pursue this case on behalf of minor child, J. G.  If Plaintiff J. G. wishes to proceed in this action he must be represented by counsel.  The Court ordered Plaintiff Richard Ginsburg to file, no later than November 2, 2021, a First Amended Complaint that corrected the defects identified by the Court in its October 6, 2021 Order.  [_Id_.]  The deadline for the filing of Plaintiff's First Amended Complaint has passed, and Plaintiff has neither filed his First Amended Complaint nor communicated with the Court about his case since September 30, 2021.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:21-cv-07705-DOC-PD                              Date: November 15, 2021

Title     _J. G., et al. v. Palos Verdes Unified School District, et al._

    Pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, an action may be subject to involuntary dismissal if a plaintiff "fails to prosecute or to comply with these rules or a court order." Accordingly, the Court could properly recommend dismissal of the action for Plaintiff's failure to timely comply with the Court's October 6, 2021 Order.

    However, in the interests of justice, **Plaintiff is ORDERED TO SHOW CAUSE on or before November 29, 2021**, why the Court should not recommend that this action be dismissed for failure to prosecute.

    Plaintiff may discharge this Order by filing:

    (1) a request setting forth good cause for an extension of time to file a First Amended Complaint and a declaration signed under penalty of perjury, explaining why he failed to comply with the Court's October 6, 2021 Order; or
    (2) a First Amended Complaint.

    Alternatively, if Plaintiff does not wish to pursue this action, he may file a signed document entitled "Notice of Voluntary Dismissal" pursuant to Rule 41(a)(1)(A). **The Clerk is directed to provide Plaintiff with a Form CV-09 Notice of Dismissal.**

    Plaintiff is advised that the failure to timely comply with this order may result in the dismissal of this case pursuant to Fed. R. Civ. P. 41(b) and Local Rule 41-1.

**IT IS SO ORDERED**.

    Initials of Preparer     :
                                             im