JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.G., et al., <br><br> Plaintiffs, <br><br> v. <br><br> PALOS VERDES PENINSULA UNIFIED SCHOOL DISTRICT, BOARD OF EDUCATION, et al., <br><br> Defendants. | Case No. 2:21-cv-07705-DOC-PD <br><br> **JUDGMENT** |

Pursuant to the Order Dismissing Action for Failure to Prosecute, JUDGMENT IS HEREBY entered dismissing the action without prejudice.

Dated: December 15, 2021

_____
HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE